

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

## No. 02-17-00371-CR

| | | |
|---|---|---|
| MARVIN RODRIGUEZ, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1432306D) |
| V. | § | July 21, 2022 |
| | § | Memorandum Opinion by Justice Birdwell |
| | § | |
| THE STATE OF TEXAS | (nfp) | |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell